No. 49208.—Protests 711911–G (B), etc., of Irving Trust Co. et al. (New York).

Opinion by COLE, J. The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from par. 5 (chemical compounds). The protests were sustained.